IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**VERNITA JOHNSON**                                                                          **PLAINTIFF**

v.                                             NO. 2:06CV00205 BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                                 **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Vernita Johnson.

DATED this 25th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE